IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD JAMES MOTTON,

    Petitioner,                        No. CIV S-08-2219 DAD P

    vs.

N. GRANNIS,

    Respondent.                     ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In addition, the court will dismiss the petition and grant petitioner leave to file an amended petition. In any amended petition he elects to file petitioner must clarify whether he is challenging his conviction, a disciplinary ruling, an action by prison officials concerning his transfer, or some other matter. Petitioner is informed that when a prisoner challenges the fact or duration of his custody and a determination of his action may result in petitioner's entitlement to an earlier release, his sole federal remedy is a writ of habeas corpus. See Preiser v. Rodriguez,

1

411 U.S. 475 (1973); Young v. Kenny, 907 F.2d 874 (9th Cir. 1990). The proper mechanism for raising a federal challenge to conditions of confinement is through a civil rights action pursuant to 42 U.S.C. § 1983. Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991). Since petitioner is proceeding with a habeas petition in this action, if he seeks to challenge a transfer decision or some other action concerning the conditions of his confinement, he must file a new civil rights action. Lastly, since a habeas action is intended to challenge a conviction or disciplinary action that extends the length of his confinement, petitioner must identify the court where he was convicted and sentenced or the prison where the disciplinary action was taken against him.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of service of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

2. Petitioner's petition for a writ of habeas corpus is dismissed;

3. Petitioner is granted thirty days from the date of service of this order to file an amended petition that complies with the requirements of the Federal Rules of Civil Procedure; the amended petition must bear the docket number assigned this case and must be labeled "Amended Petition;"

4. Petitioner's failure to comply with this order will result in the dismissal of this action; and

5. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district and the court's form petition for a writ of habeas corpus for a state prisoner.

DATED: October 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak/4
mott2219.101a

2