IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JAMES MOTTON, | No. 2:08-cv-02219-MCE DAD P |
| Petitioner, | |
| vs. | ORDER |
| N. GRANNIS, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's December 8, 2008 summary denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

1   For the reasons set forth in the magistrate judge's November 5, 2008 findings and
2   recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3   right.  Accordingly, a certificate of appealability should not issue in this action.
4   IT IS SO ORDERED.
5   Dated: February 2, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE